## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARY MAKIN, WILLIAM LEHR, JOHN LEHR, and LEHR FARMS, INC., | CASE NO. 8:12CV68 |
| Plaintiffs, | ORDER |
| v. | |
| DONALD LEHR, BANK OF ELGIN, JOHN DOE #1, and JANE DOE #1, | |
| Defendants. | |

This matter is before the Court on the Plaintiffs' Notice of Dismissal of Only Defendant Donald Lehr (Filing No. 9). Under Federal Rule of Civil Procedure 41(a) the Court finds the notice should be approved and the action should be dismissed as against Donald Lehr, without prejudice. Accordingly,

IT IS ORDERED:

1. Plaintiffs' Notice of Dismissal of Only Defendant Donald Lehr (Filing No. 9) is approved; and

2. Plaintiffs' claims against Defendant Donald Lehr are dismissed, without prejudice, and the Clerk is instructed to remove Defendant Donald Lehr from the case caption.

DATED this 28th day of March, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge