IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARY MAKIN, WILLIAM LEHR,        )        Case No.  8:12CV68
JOHN LEHR, LEHR FARMS, INC.,     )
                                 )
          Plaintiffs,            )
                                 )                ORDER
     vs.                         )
                                 )
BANK OF ELGIN,                   )
                                 )
          Defendant.             )


        Upon notice of settlement given to the magistrate judge by Brian Brislen, counsel
for Plaintiffs,

        **IT IS ORDERED:**

        1.  On or before **June 1, 2012,** the parties shall electronically file a joint stipulation
for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie
Smith Camp, at smithcamp@ned.uscourts.gov,  a draft order which will fully dispose of the
case; and

        2.  Absent compliance with this order, this case (including all counterclaims and the
like) may be dismissed without further notice.

        Dated: May 2, 2012.


                        BY THE COURT:


                        s/ F.A. Gossett, III
                        United States Magistrate Judge