IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY MAKIN, WILLIAM LEHR, JOHN LEHR, LEHR FARMS, INC., | ) ) ) | Case No. 8:12CV68 |
| Plaintiffs, | ) ) ) | ORDER |
| vs. | ) ) | |
| BANK OF ELGIN, | ) ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Brian Brislen, counsel for Plaintiffs,

**IT IS ORDERED:**

1. On or before **June 1, 2012,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated: May 2, 2012.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge