IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY MAKIN, WILLIAM LEHR, JOHN LEHR, and LEHR FARMS INC., | ) ) ) | CASE NO. 8:12cv68 |
| Plaintiffs, | ) ) ) | **NOTICE OF VOLUNTARY** |
| vs. | ) ) | **DISMISSAL WITH PREJUDICE** |
| DONALD LEHR, BANK OF ELGIN, JOHN DOE 1, and JANE DOE 1, | ) ) ) | |
| Defendants. | | |

COME NOW the Plaintiffs, MARY MAKIN, WILLIAM LEHR, JOHN LEHR and LEHR FARMS, INC., and pursuant to Fed. R. Civ. P. 41, hereby voluntarily dismiss the pending action with prejudice. Plaintiffs have not served any of the Defendants and no one has entered an appearance on behalf of any of the Defendants. The parties have settled this dispute and agree that each party shall bear its own costs and attorneys' fees.

DATED this 2nd day of May, 2012.

                                            MARY MAKIN, WILLIAM LEHR, JOHN LEHR,
                                            LEHR FARMS, INC., Plaintiffs,

By:   /s/ Brian J. Brislen_____
         Brian J. Brislen, #22226
         Bonnie N. Moore, #24707
         LAMSON, DUGAN and MURRAY, LLP
         10306 Regency Parkway Drive
         Omaha, NE 68114
         (402) 397-7300 Telephone
         (402) 397-7824 Facsimile
         *ATTORNEYS FOR PLAINTIFFS*

515289